803 A.2d 1174

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Marvin Harold SHICK, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 7, 2002.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of August, 2002, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the

234

Superior Court is VACATED, and the matter is REMAND-ED for consideration in light of *Commonwealth v. Roudybush,* 567 Pa. 667, 790 A.2d 313 (2002), and *Commonwealth v. Gleason,* 567 Pa. 111, 785 A.2d 983 (2001).

803 A.2d 1175

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Raymond G. VOKES, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 7, 2002.

***ORDER***

PER CURIAM.

AND NOW, this 7th day of August, 2002, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Superior Court is VACATED, and the matter is REMAND-ED for consideration in light of *Commonwealth v. Roudybush,* 567 Pa. 667, 790 A.2d 313 (2002), and *Commonwealth v. Gleason,* 567 Pa. 111, 785 A.2d 983 (2001).